UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:  Bankr. Case No. 09-34508-LBR-7

JHOANNA D. PESTANAS  Chapter 7

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc.
        PO Box 183853
        Arlington, TX  76096

        AmeriCredit Financial Services, Inc.

By /s/ James Hogan, Jr._____

        James Hogan, Jr.
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@americredit.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on January 6, 2010 :

FRANK J SORRENTINO2  
1118 E CARSON AVE  
LAS VEGAS, NV  89101

WILLIAM A LEONARD  
6625 S VALLEY VIEW 224  
LAS VEGAS, NV  89118

By /s/ James Hogan, Jr.  
James Hogan, Jr.

xxxxx36799 / 560155